# Exhibit 5



Daniel >

Text Message
Oct 24, 2012, 3:50 PM

5618433940

Feb 22, 2013, 12:21 PM

Hi Daniel. Did you change my Sargeant password?

By Seniors order had to be disconnected, today. Sorry but are my orders, you have to use BTBrefining from now on.

Ok. Are emails going to be forwarded?

Nop

Cut off from the root.  Sorry



iMessage