# Exhibit 19

# U.S. District Court
## Southern District of Florida (West Palm Beach)
## CIVIL DOCKET FOR CASE #: 9:18-cv-80748-RKA

Hall et al. V. Harry Sargeant, III
Assigned to: Judge Roy K. Altman
Referred to: Magistrate Judge Bruce E. Reinhart
Cause: 28:1331 Federal Question

Date Filed: 06/08/2018
Jury Demand: Defendant
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

## Plaintiff

**Daniel Hall**

represented by **Armando Cordoves , Jr.**
Hunton Andrews Kurth LLP
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
3058102515
Email: acordoves@huntonak.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Goldsmith**
Kellogg Hansen Todd Figel & Frederick PLLC
Summer Square
1615 M. Street, Suite 400
Washington, DC 20036
202-326-7945
Email: agoldsmith@kellogghansen.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine A. Bonomo**
Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.

Summer Square
1615 M Street, N.W., Suite 400
Washington, DC 20036
(202) 326-7906
Email: cbonomo@kellogghansen.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David K. Suska**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street N.W.
Suite 400
Washington, DC 20036
202-326-7955
Email: dsuska@kellogghansen.com
*TERMINATED: 04/18/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Derek T. Ho**
Kellogg Huber Hansen Todd Evans & Figel PLLC
1615 M Street NW
Suite 400
Washington, DC 20036
202-326-7900
Email: dho@kellogghansen.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jan E. Messerschmidt**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
Summer Square
1615 M Street, N.W., Suite 400
Washington, DC 20036
202-326-7945
Email: jmesserschmidt@kellogghansen.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Minsuk Han**
Kellogg Hansen Todd Figel & Frederick PLLC
Summer Square
16i5 M Street, N.W., Suite 400
Washington, DC 20036
(202) 326-7980
Email: mhan@kellogghansen.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Alberto Danon**
Hunton Andrews Kurth LLP
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
305-810-2500
Fax: 810-2460
Email: sdanon@huntonak.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Burford Capital LLC**                    represented by   **Armando Cordoves , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Goldsmith**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine A. Bonomo**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David K. Suska**
(See above for address)
*TERMINATED: 04/18/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Derek T. Ho**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jan E. Messerschmidt**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Minsuk Han**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Alberto Danon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dundrod Investments Ltd.**                    represented by   **Armando Cordoves , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Goldsmith**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine A. Bonomo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David K. Suska**
(See above for address)
*TERMINATED: 04/18/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Derek T. Ho**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jan E. Messerschmidt**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Minsuk Han**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Alberto Danon**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Harry Sargeant III**                    represented by **Adam Rabin**
McCabe Rabin, P.A.
Centurion Tower
1601 Forum Place
Suite 201
West Palm Beach, FL 33401
561-659-7878
Fax: 561-242-4848
Email: arabin@mccaberabin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory William Coleman**
Critton Luttier & Coleman, LLP
303 Banyan Boulevard
Suite 400
West Palm Beach, FL 33401
561-842-2820
Fax: 844-6929
Email: gcoleman@lawclc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Elizabeth Johnson**
McCabe Rabin, P.A.
1601 Forum Place, Suite 505
West Palm Beach, FL 33401
(561) 659-7878
Email: ljohnson@mccaberabin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryon M. McCabe**
McCabe Rabin, P.A.
1601 Forum Place
Suite 201

West Palm Beach, FL 33401
561-659-7878
Fax: 561 242-4848
Email: rmccabe@mccaberabin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Santo DiGangi**
Critton, Luttier & Coleman, LLP
303 Banyan Blvd.
Suite 400
West Palm Beach, FL 33401
(561) 842-2820
Fax: (561) 844-6929
Email: sdigangi@lawclc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Michael Kise**
Foley & Lardner
106 E College Avenue
Suite 900
Tallahassee, FL 32301
850-513-3367
Fax: 850-561-6475
Email: ckise@foley.com
*ATTORNEY TO BE NOTICED*

**Joshua Mahlon Hawkes**
Foley Lardner LLP
106 E College Ave
Ste 900
Tallahassee, FL 32301
850-222-6100
Email: jhawkes@foley.com
*ATTORNEY TO BE NOTICED*

**Kathryn Throo Williams**
Foley , Lardner LLP
100 N Tampa Street
Suite 2700
Tampa, FL 33601
813-229-4199
Email: kwilliams@foley.com
*ATTORNEY TO BE NOTICED*

**Melissa B Coffey**
Foley & Lardner LLP
106 East College Avenue
Suite 900
Tallahassee, FL 32301
(850) 222-6100
Fax: (850) 561-6475
Email: mcoffey@foley.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

Harry Sargeant III

represented by **Adam Rabin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory William Coleman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Santo DiGangi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Michael Kise**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Mahlon Hawkes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa B Coffey**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Daniel Hall**                                      represented by   **Armando Cordoves , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Goldsmith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David K. Suska**
(See above for address)
*TERMINATED: 04/18/2019*
*ATTORNEY TO BE NOTICED*

**Derek T. Ho**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Alberto Danon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Harry Sargeant III**     represented by     **Adam Rabin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory William Coleman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Elizabeth Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryon M. McCabe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Santo DiGangi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Michael Kise**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Mahlon Hawkes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa B Coffey**

(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Daniel Hall**                                      represented by   **Armando Cordoves , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Goldsmith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David K. Suska**
(See above for address)
*TERMINATED: 04/18/2019*
*ATTORNEY TO BE NOTICED*

**Derek T. Ho**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Alberto Danon**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2018 | 1 | COMPLAINT against Daniel Hall, Dundrod Investments Ltd., Burford Capital LLC. Filing fees $ 400.00 receipt number 113C-10721183, filed by Daniel Hall, Dundrod Investments Ltd., Burford Capital LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Civil Cover Sheet, # 8 Summon(s) Harry Sargeant III)(Danon, Samuel) (Entered: 06/08/2018) |

| 06/08/2018 | 2 | Clerks Notice of Judge Assignment to Judge Donald M. Middlebrooks and Magistrate Judge Dave Lee Brannon.<br><br>Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Dave Lee Brannon is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. (lh) (Entered: 06/11/2018) |
|---|---|---|
| 06/08/2018 | 3 | Clerks Notice to Filer re: Electronic Case. Parties Not Added. The Filer failed to add all parties associated with the case.Filer is instructed to add the additional parties by filing a Notice of Entry of Parties. It is not necessary to re-file this document. (lh) (Entered: 06/11/2018) |
| 06/11/2018 | 4 | Notice of Entry of Parties Listed NOTE: New Filer(s) will appear twice, since they are also a new party in the case. New Filer(s)/Party(s): Harry Sargeant III. (Cordoves, Armando) (Entered: 06/11/2018) |
| 06/11/2018 | 5 | Summons Issued as to Harry Sargeant III. (lh) (Entered: 06/11/2018) |
| 06/11/2018 | 6 | Notice of Pending, Refiled, Related or Similar Actions by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall (Cordoves, Armando) (Entered: 06/11/2018) |
| 06/11/2018 | 7 | Corporate Disclosure Statement by Burford Capital LLC identifying Corporate Parent Burford Capital Holdings for Burford Capital LLC (Cordoves, Armando) (Entered: 06/11/2018) |
| 06/11/2018 | 8 | Corporate Disclosure Statement by Dundrod Investments Ltd. identifying Corporate Parent BC Holdings Limited for Dundrod Investments Ltd. (Cordoves, Armando) (Entered: 06/11/2018) |
| 06/11/2018 | 9 | EX PARTE EMERGENCY MOTION with Certification of Emergency attached by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall. Responses due by 6/25/2018 (Attachments: # 1 Affidavit Decl. Derek T. Ho in support of Plaintiffs' Motion for Temporary Restraining Order, # 2 Text of Proposed Order Granting Temporary Restraining Order, # 3 Certification of Emergency)(Cordoves, Armando) Modified to unseal per DE 15 on 6/14/2018 (cbr). (Entered: 06/11/2018) |
| 06/12/2018 | 10 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Andrew E. Goldsmith. Filing Fee $ 75.00 Receipt # 113C-10729567 by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall. Responses due by 6/26/2018 (Attachments: # 1 Certification of Andrew E. Goldsmith, # 2 Text of Proposed Order)(Danon, Samuel) (Entered: 06/12/2018) |
| 06/12/2018 | 11 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Derek T. Ho. Filing Fee $ 75.00 Receipt # 113C-10729651 by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall. Responses due by 6/26/2018 (Attachments: # 1 Certification of Derek T. Ho, # 2 Text of Proposed Order)(Danon, Samuel) (Entered: 06/12/2018) |
| | | |

| 06/13/2018 | 12 | ORDER TRANSFERRING CASE to Judge Beth Bloom for all further proceedings, accepted and signed on 6/13/2018. Judge Donald M. Middlebrooks and Magistrate Judge Dave Lee Brannon no longer assigned to case. Signed by Judge Donald M. Middlebrooks on 6/13/2018. (mc) (Entered: 06/13/2018) |
|---|---|---|
| 06/13/2018 | 13 | PAPERLESS ORDER granting 10 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Andrew E. Goldsmith. Signed by Judge Beth Bloom (BB) (Entered: 06/13/2018) |
| 06/13/2018 | 14 | PAPERLESS ORDER granting 11 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Derek T. Ho. Signed by Judge Beth Bloom (BB) (Entered: 06/13/2018) |
| 06/14/2018 | 15 | ORDER denying 9 Sealed/Ex Parte Emergency Motion/Certification of Emergency. Signed by Judge Beth Bloom on 6/14/2018. (cbr) (Entered: 06/14/2018) |
| 06/14/2018 | 16 | Clerk's Notice of Compliance re 15 Order on Sealed/Ex Parte Emergency Motion/Certification of Emergency (cbr) (Entered: 06/14/2018) |
| 06/26/2018 | 17 | SUMMONS (Affidavit) Returned Executed on 1 Complaint, with a 21 day response/answer filing deadline by Daniel Hall, Dundrod Investments Ltd., Burford Capital LLC. Harry Sargeant III served on 6/21/2018, answer due 7/12/2018. (Cordoves, Armando) (Entered: 06/26/2018) |
| 07/12/2018 | 18 | NOTICE of Attorney Appearance by Joshua Mahlon Hawkes on behalf of Harry Sargeant III. Attorney Joshua Mahlon Hawkes added to party Harry Sargeant III(pty:dft). (Hawkes, Joshua) (Entered: 07/12/2018) |
| 07/12/2018 | 19 | NOTICE of Attorney Appearance by Melissa B Coffey on behalf of Harry Sargeant III. Attorney Melissa B Coffey added to party Harry Sargeant III(pty:dft). (Coffey, Melissa) (Entered: 07/12/2018) |
| 07/12/2018 | 20 | NOTICE of Attorney Appearance by Christopher Michael Kise on behalf of Harry Sargeant III. Attorney Christopher Michael Kise added to party Harry Sargeant III(pty:dft). (Kise, Christopher) (Entered: 07/12/2018) |
| 07/12/2018 | 21 | MOTION to Dismiss 1 Complaint, by Harry Sargeant III. Responses due by 7/26/2018 (Attachments: # 1 Exhibit 1 - Complaint in State Action, # 2 Exhibit 2 - Palm Beach County Recorded Satisfactions of Judgment)(Hawkes, Joshua) (Entered: 07/12/2018) |
| 07/17/2018 | 22 | NOTICE of Attorney Appearance by Gregory William Coleman on behalf of Harry Sargeant III. Attorney Gregory William Coleman added to party Harry Sargeant III(pty:dft). (Coleman, Gregory) (Entered: 07/17/2018) |
| 07/17/2018 | 23 | NOTICE of Attorney Appearance by Gregory William Coleman on behalf of Harry Sargeant III (Coleman, Gregory) (Entered: 07/17/2018) |

| 07/17/2018 | [24](#) | NOTICE of Attorney Appearance by Santo DiGangi on behalf of Harry Sargeant III. Attorney Santo DiGangi added to party Harry Sargeant III(pty:dft). (DiGangi, Santo) (Entered: 07/17/2018) |
|---|---|---|
| 07/26/2018 | [25](#) | RESPONSE in Opposition re [21](#) MOTION to Dismiss [1](#) Complaint, filed by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall. Replies due by 8/2/2018. (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3) (Cordoves, Armando) (Entered: 07/26/2018) |
| 07/30/2018 | [26](#) | ORDER REFERRING [21](#) MOTION to Dismiss [1](#) Complaint, filed by Harry Sargeant III.. Motions referred to Judge Bruce E. Reinhart. Signed by Judge Beth Bloom on 7/30/2018. *See attached document for full details.* (vmz) (Entered: 07/30/2018) |
| 07/30/2018 | [27](#) | Order Requiring Joint Scheduling Report And Certificates of Interested Parties. -Joint Scheduling Report due by 8/20/2018 Signed by Judge Beth Bloom on 7/30/2018. *See attached document for full details.* (vmz) (Entered: 07/30/2018) |
| 08/02/2018 | [28](#) | REPLY to Response to Motion re [21](#) MOTION to Dismiss [1](#) Complaint, filed by Harry Sargeant III. (Hawkes, Joshua) (Entered: 08/02/2018) |
| 08/13/2018 | 29 | PAPERLESS ORDER taking under advisement [21](#) Defendant's Motion to Dismiss and setting a Hearing on 9/20/2018 at 11:00 AM in West Palm Beach Division before Magistrate Judge Bruce E. Reinhart. Signed by Magistrate Judge Bruce E. Reinhart on 8/13/2018. (hk02) (Entered: 08/13/2018) |
| 08/20/2018 | [30](#) | Joint SCHEDULING REPORT - **Rule 16.1** by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall (Attachments: # [1](#) Text of Proposed Order)(Cordoves, Armando) (Entered: 08/20/2018) |
| 08/20/2018 | [31](#) | Certificate of Interested Parties/Corporate Disclosure Statement by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall identifying Corporate Parent Burford Capital Limited, Corporate Parent Burford Capital Holdings (UK) Limited, Corporate Parent Ollivets Investments Limited for Burford Capital LLC ; Corporate Parent Burford Capital Limited, Corporate Parent BC Holdings Limited for Dundrod Investments Ltd. (Cordoves, Armando) (Entered: 08/20/2018) |
| 08/23/2018 | [32](#) | Order Setting Trial And Pre-Trial Schedule, Requiring Mediation, And Referring Certain Matters To Magistrate Judge : ( Amended Pleadings due by 10/20/2018., Discovery due by 4/9/2019., Expert Discovery due by 4/9/2019., Joinder of Parties due by 10/20/2018., Mediation Deadline 4/23/2019., In Limine Motions due by 7/22/2019., Dispositive Motions due by 5/1/2019., Motions due by 5/1/2019., Pretrial Stipulation due by 7/22/2019., Jury Trial set for 8/5/2019 09:00 AM in Miami Division before Judge Beth Bloom., Calendar Call set for 7/30/2019 01:45 PM in Miami Division before Judge Beth Bloom.). Signed by Judge Beth Bloom on 8/23/2018. *See attached document for full details.* (vmz) |

| | | |
|---|---|---|
| | | **Pattern Jury Instruction Builder** - To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 08/23/2018) |
| 09/04/2018 | 33 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for David K. Suska. Filing Fee $ 75.00 Receipt # 113C-10966338 by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall. Responses due by 9/18/2018 (Attachments: # 1 Certification of David K. Suska, # 2 Text of Proposed Order)(Danon, Samuel) (Entered: 09/04/2018) |
| 09/05/2018 | 34 | PAPERLESS ORDER granting 33 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney David K. Suska. Signed by Judge Beth Bloom (BB) (Entered: 09/05/2018) |
| 09/11/2018 | 35 | NOTICE by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall *Regarding Mediation* (Attachments: # 1 Text of Proposed Order Scheduling Mediation) (Cordoves, Armando) (Entered: 09/11/2018) |
| 09/12/2018 | 36 | ORDER Scheduling Mediation before Judge Scott J. Silverman. Mediation Hearing set for 4/9/2019 10:00 AM. Signed by Judge Beth Bloom on 9/12/2018. *See attached document for full details.* (jas) (Entered: 09/13/2018) |
| 09/20/2018 | 37 | NOTICE by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall *of State Court Hearing and Transcript of Hearing* (Attachments: # 1 Exhibit) (Danon, Samuel) (Entered: 09/20/2018) |
| 09/20/2018 | 38 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Bruce E. Reinhart: Motion Hearing re 21 MOTION to Dismiss 1 Complaint, filed by Harry Sargeant III held on 9/20/2018. Total time in court: 1 hour(s) : 27 minutes. Court Reporter: Stephen Franklin, 561-514-3768 / Stephen_Franklin@flsd.uscourts.gov. (Digital 12:10:16) (hk02) (Entered: 09/20/2018) |
| 09/21/2018 | 39 | NOTICE by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall *of filing Demonstrative Exhibit* (Attachments: # 1 Exhibit) (Danon, Samuel) (Entered: 09/21/2018) |
| 09/23/2018 | 40 | TRANSCRIPT of Motion Hearing held on 09/20/2018 before Magistrate Judge Bruce E. Reinhart, 1-83 pages, Court Reporter: Stephen Franklin, 561-514-3768 / Stephen_Franklin@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/15/2018. Redacted Transcript Deadline set for 10/24/2018. Release of Transcript Restriction set for 12/24/2018. (sf) (Entered: 09/23/2018) |
| 10/01/2018 | 41 | REPORT AND RECOMMENDATIONS re 21 MOTION to Dismiss 1 Complaint, filed by Harry Sargeant III Recommending The Motion to Dismiss Count I And II be DENIED; The Motion to Dismiss Count III be DENIED as to Daniel Hall, but be GRANTED as to Burford Capital, LLC. Because the Court holds as a matter of law that Burford cannot assert a malicious prosecution claim because it was not a party to the Prior Federal Action, it is |

| | | |
|---|---|---|
| | | further RECOMMENDED that Burford not be granted leave to amend its Complaint. Objections to R&R due by 10/15/2018 Signed by Magistrate Judge Bruce E. Reinhart on 10/1/2018. *See attached document for full details.* (vmz) (Entered: 10/02/2018) |
| 10/09/2018 | 42 | Joint MOTION for Extension of Time to file Objections to Report and Recommendation re 41 REPORT AND RECOMMENDATIONS re 21 MOTION to Dismiss 1 Complaint, filed by Harry Sargeant III Recommending The as to Daniel Hall, but be GRANTED as to Burford Capital, LLC. Because the Court holds as a matter of law that Burford Mot by Harry Sargeant III. Responses due by 10/23/2018 (Attachments: # 1 Text of Proposed Order) (Hawkes, Joshua) (Entered: 10/09/2018) |
| 10/09/2018 | 43 | PAPERLESS ORDER granting 42 Motion for Extension of Time to file Objections to Report and Recommendation by October 23, 2018. Signed by Judge Beth Bloom (BB) (Entered: 10/09/2018) |
| 10/10/2018 | | Set/Reset Deadlines per Order DE# 43 : Objections to R&R due by 10/23/2018 (lh) (Entered: 10/10/2018) |
| 10/16/2018 | 44 | NOTICE by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall *of Order Staying State-Court Proceedings* (Attachments: # 1 Exhibit A Order) (Cordoves, Armando) (Entered: 10/16/2018) |
| 10/23/2018 | 45 | OBJECTIONS to 41 Report and Recommendations *on Motion to Dismiss Complaint* by Harry Sargeant III. (Attachments: # 1 Exhibit Report and Recommendation, # 2 Exhibit Transcript of Hearing)(Hawkes, Joshua) (Entered: 10/23/2018) |
| 10/24/2018 | 46 | MOTION for Hearing re 45 Objections to Report and Recommendations by Harry Sargeant III. (Hawkes, Joshua) (Entered: 10/24/2018) |
| 11/06/2018 | 47 | RESPONSE TO OBJECTION to 41 Report and Recommendations *on Motion to Dismiss* by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall. (Cordoves, Armando) (Entered: 11/06/2018) |
| 11/13/2018 | 48 | **Stricken** REPLY to 47 Response to Objection to Report and Recommendations by Harry Sargeant III. (Hawkes, Joshua) Modified Per DE 50 on 11/15/2018 (vmz). (Entered: 11/13/2018) |
| 11/14/2018 | 49 | MOTION to Strike 48 Response/Reply (Other) by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall. Responses due by 11/28/2018 (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Cordoves, Armando) (Entered: 11/14/2018) |
| 11/15/2018 | 50 | ORDER granting 49 Motion to Strike. Signed by Judge Beth Bloom on 11/15/2018. *See attached document for full details.* (vmz) (Entered: 11/15/2018) |
| 11/16/2018 | 51 | ORDER ADOPTING 41 Report and Recommendations; denying 46 Motion for Hearing; and granting in part and denying in part 21 Motion to Dismiss. Defendant shall file his answer on or before November 26, 2018. Signed by Judge Beth Bloom on 11/16/2018. *See attached document for full details.* (ar2) (Entered: 11/16/2018) |

| 11/16/2018 | | Set Answer Due Deadline per DE 51 Order: Harry Sargeant III response due 11/26/2018. (ar2) (Entered: 11/16/2018) |
|---|---|---|
| 11/16/2018 | 52 | Defendant's MOTION for Extension of Time to File Response/Reply/Answer as to Set/Reset Deadlines by Harry Sargeant III. (Attachments: # 1 Text of Proposed Order)(Hawkes, Joshua) (Entered: 11/16/2018) |
| 11/19/2018 | 53 | PAPERLESS ORDER granting 52 Motion for Extension of Time to File Answer by December 3, 2018. Signed by Judge Beth Bloom (BB) (Entered: 11/19/2018) |
| 12/03/2018 | 54 | ANSWER and Affirmative Defenses to Complaint with Jury Demand , COUNTERCLAIM against Daniel Hall by Harry Sargeant III. (Hawkes, Joshua) (Entered: 12/03/2018) |
| 12/04/2018 | 55 | NOTICE of Attorney Appearance by Adam Rabin on behalf of Harry Sargeant III. Attorney Adam Rabin added to party Harry Sargeant III(pty:dft). (Rabin, Adam) (Entered: 12/04/2018) |
| 12/04/2018 | 56 | NOTICE of Attorney Appearance by Ryon M. McCabe on behalf of Harry Sargeant III. Attorney Ryon M. McCabe added to party Harry Sargeant III(pty:dft). (McCabe, Ryon) (Entered: 12/04/2018) |
| 12/04/2018 | 57 | NOTICE of Attorney Appearance by Lauren Elizabeth Johnson on behalf of Harry Sargeant III. Attorney Lauren Elizabeth Johnson added to party Harry Sargeant III(pty:dft). (Johnson, Lauren) (Entered: 12/04/2018) |
| 12/05/2018 | 58 | Defendant's MOTION to Withdraw as Attorney by Gregory W. Coleman and Santo DiGangi for / by Harry Sargeant III. Responses due by 12/19/2018 (Attachments: # 1 Text of Proposed Order)(Coleman, Gregory) (Entered: 12/05/2018) |
| 12/05/2018 | 59 | PAPERLESS ORDER granting 58 Motion to Withdraw as Attorney. Gregory W. Coleman and Santo DiGangi are permitted to withdraw from further representation. Signed by Judge Beth Bloom (BB) (Entered: 12/05/2018) |
| 12/06/2018 | 60 | ORDER Setting Case Management Conference, ( Status Conference Re: Case Management/Posture Matters set for 12/18/2018 11:30 AM in West Palm Beach Division before Magistrate Judge Bruce E. Reinhart.) Signed by Magistrate Judge Bruce E. Reinhart on 12/6/2018. *See attached document for full details.* (vmz) (Entered: 12/06/2018) |
| 12/06/2018 | 61 | Standing Discovery Order for Magistrate Judge Bruce Reinhart. Signed by Magistrate Judge Bruce E. Reinhart on 12/6/2018. *See attached document for full details.* (vmz) (Entered: 12/06/2018) |
| 12/13/2018 | 62 | PAPERLESS ORDER RESETTING 60 the Telephone Status Conference Re: Case Management (previously scheduled for 12/18/18) for 1/8/2019 at 11:30 AM in West Palm Beach Division before Magistrate Judge Bruce E. Reinhart. Signed by Magistrate Judge Bruce E. Reinhart on 12/13/2018. (hk02) (Entered: 12/13/2018) |
| 12/24/2018 | 63 | |

| | | |
|---|---|---|
| | | MOTION TO DISMISS 54 Answer to Complaint, Counterclaim FOR FAILURE TO STATE A CLAIM by Daniel Hall. Responses due by 1/7/2019 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Cordoves, Armando) (Entered: 12/24/2018) |
| 12/28/2018 | 64 | Defendant's MOTION for Extension of Time Extension of time of 7 days to respond to Motion to Dismiss Counterclaims re 63 MOTION TO DISMISS 54 Answer to Complaint, Counterclaim FOR FAILURE TO STATE A CLAIM by Harry Sargeant III. Responses due by 1/11/2019 (Rabin, Adam) (Entered: 12/28/2018) |
| 12/30/2018 | 65 | PAPERLESS ORDER granting 64 Motion for Extension of Time to File Response to Motion by January 14, 2019. Signed by Judge Beth Bloom (BB) (Entered: 12/30/2018) |
| 01/02/2019 | | Set/Reset Deadlines as to 63 MOTION TO DISMISS 54 Answer to Complaint, Counterclaim FOR FAILURE TO STATE A CLAIM . Responses due by 1/14/2019 (lh)see Order DE# 65 (Entered: 01/02/2019) |
| 01/03/2019 | 66 | ORDER REFERRING 63 MOTION TO DISMISS 54 Answer to Complaint, Counterclaim FOR FAILURE TO STATE A CLAIM filed by Daniel Hall. Motions referred to Judge Bruce E. Reinhart. Signed by Judge Beth Bloom on 1/3/2019. *See attached document for full details.* (vmz) (Entered: 01/03/2019) |
| 01/04/2019 | 67 | PAPERLESS ORDER CANCELLING the telephone status conference previously scheduled for 1/8/19 62 , in light of the pending Motion to Dismiss. Signed by Magistrate Judge Bruce E. Reinhart on 1/4/2019. (hk02) (Entered: 01/04/2019) |
| 01/14/2019 | 68 | Amended COUNTERCLAIM against Daniel Hall, filed by Harry Sargeant III. (Attachments: # 1 Exhibit Ex. 1 - Preston Affidavit, # 2 Exhibit Ex. 2 - Freshfields ltr., # 3 Exhibit Ex. 3 Quinn Emmanuel ltr.)(Rabin, Adam) (Entered: 01/14/2019) |
| 01/14/2019 | 69 | PAPERLESS ORDER denying as moot 63 Motion to Dismiss for Failure to State a Claim. See Amended Counterclaim at ECF No. 68 . The Court's Order referring the Motion to Dismiss to Judge Reinhart, ECF No. 66 , is vacated. Signed by Judge Beth Bloom (BB) (Entered: 01/14/2019) |
| 01/18/2019 | 70 | Unopposed MOTION for Hearing *re Case Management Conference* by Harry Sargeant III. (Rabin, Adam) (Entered: 01/18/2019) |
| 01/22/2019 | | Attorney Gregory William Coleman terminated. (hk02) (Entered: 01/22/2019) |
| 01/22/2019 | 71 | PAPERLESS ORDER granting 70 Defendant's Unopposed Motion for a Status Conference Re: Case Management and setting the conference for 1/31/2019 at 2:00 PM in West Palm Beach Division before Magistrate Judge Bruce E. Reinhart. Counsel may appear telephonically by using the following conference call instructions: Dial 1-888-557-8511; Enter access code 4098267#; and Enter security code 1234#. Signed by Magistrate Judge Bruce E. Reinhart on 1/22/2019. (hk02) (Entered: 01/22/2019) |

| 01/28/2019 | 72 | MOTION TO DISMISS 68 Counterclaim FOR FAILURE TO STATE A CLAIM by Daniel Hall. Responses due by 2/11/2019 (Cordoves, Armando) (Entered: 01/28/2019) |
|---|---|---|
| 01/29/2019 | 73 | ORDER REFERRING 72 MOTION TO DISMISS 68 Counterclaim FOR FAILURE TO STATE A CLAIM filed by Daniel Hall. Motions referred to Judge Bruce E. Reinhart. Signed by Judge Beth Bloom on 1/29/2019. *See attached document for full details.* (vmz) (Entered: 01/29/2019) |
| 01/31/2019 | 74 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Bruce E. Reinhart: Status Conference held on 1/31/2019. Counsel raised a variety of discovery issues at the conference, so the Court will hold a Discovery Hearing to resolve any pending discovery disputes on 2/11/2019 at 1:30 PM in West Palm Beach Division before Magistrate Judge Bruce E. Reinhart. Counsel may appear by telephone using the conference call instructions previously provided. The parties' joint discovery status report is due on 2/7/19. The Court will keep 3/6/19 at 1:30 p.m. available in the event that an additional discovery status conference is needed. Total time in court: 50 minutes. (Digital 14:01:35) (hk02) (Entered: 01/31/2019) |
| 02/04/2019 | 75 | PAPERLESS Order RESETTING the Discovery Hearing previously scheduled for 2/11/19. The Discovery Hearing is hereby rescheduled for 2/12/2019 at 2:30 PM before Magistrate Judge Bruce E. Reinhart. Signed by Magistrate Judge Bruce E. Reinhart on 2/4/2019. (hk02) (Entered: 02/04/2019) |
| 02/04/2019 | 76 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Minsuk Han. Filing Fee $ 75.00 Receipt # 113C-11365316 by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall. Responses due by 2/19/2019 (Attachments: # 1 Certification, # 2 Text of Proposed Order)(Danon, Samuel) (Entered: 02/04/2019) |
| 02/04/2019 | 77 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Christine A. Bonomo. Pay.gov Agency Tracking ID 113C-11365375. Filing Fee $ 75.00 by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall. Responses due by 2/19/2019 (Attachments: # 1 Certification, # 2 Text of Proposed Order)(Danon, Samuel) (Entered: 02/04/2019) |
| 02/04/2019 | 78 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Jan E. Messerschmidt. Filing Fee $ 75.00 Receipt # 113C-11365486 by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall. Responses due by 2/19/2019 (Attachments: # 1 Certification, # 2 Text of Proposed Order)(Danon, Samuel) (Entered: 02/04/2019) |
| 02/04/2019 | 79 | PAPERLESS ORDER granting 76 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Minsuk Han. Signed by Judge Beth Bloom (BB) (Entered: 02/04/2019) |
| 02/04/2019 | 80 | |

| | | |
|---|---|---|
| | | PAPERLESS ORDER granting 77 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Christine A. Bonomo. Signed by Judge Beth Bloom (BB) (Entered: 02/04/2019) |
| 02/04/2019 | 81 | PAPERLESS ORDER granting 78 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Jan E. Messerschmidt. Signed by Judge Beth Bloom (BB) (Entered: 02/04/2019) |
| 02/05/2019 | 82 | TRANSCRIPT of Status Conference (Transcribed from the Digital Audio Recording) held on January 31, 2019, before Magistrate Judge Bruce E. Reinhart, 1-45 pages, Court Reporter: Lisa Edwards, 305-439-7168 / reporterlisaedwards@gmail.com. (Digital 14:01:35.) Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/26/2019. Redacted Transcript Deadline set for 3/8/2019. Release of Transcript Restriction set for 5/6/2019. (le) (Entered: 02/05/2019) |
| 02/05/2019 | 83 | Defendant's MOTION for Extension of Time to File Response/Reply/Answer as to 72 MOTION TO DISMISS 68 Counterclaim FOR FAILURE TO STATE A CLAIM by Harry Sargeant III. (Johnson, Lauren) (Entered: 02/05/2019) |
| 02/06/2019 | 84 | PAPERLESS ORDER granting 83 Motion for Extension of Time to File Response to Motion by 2/15/2019. Re: 72 MOTION TO DISMISS 68 Counterclaim FOR FAILURE TO STATE A CLAIM filed by Daniel Hall. Signed by Judge Beth Bloom (BB) (Entered: 02/06/2019) |
| 02/07/2019 | 85 | PAPERLESS ORDER GRANTING the parties' request for an extension of time to file their joint discovery status report. 74 The joint report shall be filed by 2/8/19 at 5:00 p.m. Signed by Magistrate Judge Bruce E. Reinhart on 2/7/2019. (hk02) (Entered: 02/07/2019) |
| 02/08/2019 | 86 | NOTICE by Harry Sargeant III *Parties' Joint Discovery Memorandum*. Attorney Adam Rabin added to party Harry Sargeant III(pty:cc). (Rabin, Adam) (Entered: 02/08/2019) |
| 02/11/2019 | 87 | PAPERLESS ORDER Cancelling Discovery Hearing previously scheduled for 2/12/19 based on parties' filing at DE 86. Signed by Magistrate Judge Bruce E. Reinhart on 2/11/2019. (hk02) (Entered: 02/11/2019) |
| 02/14/2019 | 88 | PAPERLESS ORDER setting Discovery Hearing on 2/26/2019 at 11:00 AM in West Palm Beach Division before Magistrate Judge Bruce E. Reinhart. Signed by Magistrate Judge Bruce E. Reinhart on 2/14/2019. (hk02) (Entered: 02/14/2019) |
| 02/15/2019 | 89 | MOTION for Protective Order *and*, MOTION to Quash *Plaintiffs' Subpoena Duces Tecum for Deposition* by Morgan Sargeant. Attorney Santo DiGangi added to party Morgan Sargeant(pty:obj). (DiGangi, Santo) (Entered: 02/15/2019) |

| | | |
|---|---|---|
| 02/15/2019 | 90 | MOTION for Protective Order *and*, MOTION to Quash *Plaintiffs' Subpoena Duces Tecum for Deposition* by Harry Sargeant, IV. Attorney Santo DiGangi added to party Harry Sargeant, IV(pty:obj). (DiGangi, Santo) (Entered: 02/15/2019) |
| 02/15/2019 | 91 | RESPONSE in Opposition re 72 MOTION TO DISMISS 68 Counterclaim FOR FAILURE TO STATE A CLAIM filed by Harry Sargeant III. Replies due by 2/22/2019. (Hawkes, Joshua) (Entered: 02/15/2019) |
| 02/19/2019 | 92 | PAPERLESS ORDER taking under advisement 72 Motion to Dismiss Counterclaims and setting a Hearing for 2/26/2019 at 11:00 AM in West Palm Beach Division before Magistrate Judge Bruce E. Reinhart. ORDER taking under advisement 89 90 Third Party Motions for Protective Order and setting a Discovery Hearing for 2/26/19 at 11:00 a.m. in West Palm Beach Division before Magistrate Judge Bruce E. Reinhart. Signed by Magistrate Judge Bruce E. Reinhart on 2/19/2019. (hk02) (Entered: 02/19/2019) |
| 02/19/2019 | 93 | MOTION to Quash *Non-Party Deborah Sargeant's Motion to Quash Subpoena for Deposition, or Alternatively, for Protective Order* by Deborah Sargeant. Attorney Stephanie Anne Casey added to party Deborah Sargeant(pty:ip). (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Text of Proposed Order)(Casey, Stephanie) (Entered: 02/19/2019) |
| 02/19/2019 | 94 | MOTION to Quash *Non-Party Deborah Sargeant's Motion to Quash Subpoena for Deposition, or Alternatively, for Protective Order* by Harry Sargeant III. (Attachments: # 1 Exhibit Exh A - 3d Party Subpoena)(Hawkes, Joshua) (Entered: 02/19/2019) |
| 02/20/2019 | 95 | NOTICE of Attorney Appearance by Gregory William Coleman on behalf of Harry Sargeant, IV, Morgan Sargeant. Attorney Gregory William Coleman added to party Harry Sargeant, IV(pty:obj), Attorney Gregory William Coleman added to party Morgan Sargeant(pty:obj). (Coleman, Gregory) (Entered: 02/20/2019) |
| 02/20/2019 | 96 | NOTICE of Attorney Appearance by Roberto Martinez on behalf of Deborah Sargeant. Attorney Roberto Martinez added to party Deborah Sargeant(pty:ip). (Martinez, Roberto) (Entered: 02/20/2019) |
| 02/20/2019 | 97 | NOTICE of Attorney Appearance by Kathryn Throo Williams on behalf of Harry Sargeant III. Attorney Kathryn Throo Williams added to party Harry Sargeant III(pty:dft). (Williams, Kathryn) (Entered: 02/20/2019) |
| 02/21/2019 | 98 | PAPERLESS ORDER taking under advisement 93 Motion to Quash; taking under advisement 94 Motion to Quash. Plaintiffs may file responses to the Motions to Quash on or before February 25 at noon. The Court will hear argument on these Motions at the hearing already scheduled for February 26, 2019, at 11:00 a.m. Signed by Magistrate Judge Bruce E. Reinhart (BER) (Entered: 02/21/2019) |
| 02/21/2019 | 99 | PAPERLESS ORDER taking under advisement 89 Motion for Protective Order; taking under advisement 89 Motion to Quash; taking under advisement 90 Motion for Protective Order; taking under advisement 90 Motion to Quash. Plaintiffs may file Responses to these Motions by February 25, 2019, at noon. The Court will hear argument at the |

| | | |
|---|---|---|
| | | hearing already scheduled for February 26, 2019, at 11:00 a.m. Signed by Magistrate Judge Bruce E. Reinhart (BER) (Entered: 02/21/2019) |
| 02/22/2019 | 100 | REPORT REGARDING Discovery (Joint) by Harry Sargeant III (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5)(Williams, Kathryn) (Entered: 02/22/2019) |
| 02/22/2019 | 101 | REPLY to Response to Motion re 72 MOTION TO DISMISS 68 Counterclaim FOR FAILURE TO STATE A CLAIM filed by Daniel Hall. (Cordoves, Armando) (Entered: 02/22/2019) |
| 02/25/2019 | 102 | RESPONSE in Opposition re 94 MOTION to Quash *Non-Party Deborah Sargeant's Motion to Quash Subpoena for Deposition, or Alternatively, for Protective Order*, 93 MOTION to Quash *Non-Party Deborah Sargeant's Motion to Quash Subpoena for Deposition, or Alternatively, for Protective Order*, 90 MOTION for Protective Order *and* MOTION to Quash *Plaintiffs' Subpoena Duces Tecum for Deposition*, 89 MOTION for Protective Order *and* MOTION to Quash *Plaintiffs' Subpoena Duces Tecum for Deposition* filed by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall. Replies due by 3/4/2019. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Cordoves, Armando) (Entered: 02/25/2019) |
| 02/25/2019 | 103 | Agreed Election to Jurisdiction for Final Disposition of Motions . Filed by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall (Cordoves, Armando) (Entered: 02/25/2019) |
| 02/26/2019 | 104 | PAPERLESS ORDER granting in part and denying in part 89 Non-party Morgan Sargeant's Motion for Protective Order and denying 89 Motion to Quash for the reasons stated on the record during the oral argument. Signed by Magistrate Judge Bruce E. Reinhart on 2/26/2019. (hk02) (Entered: 02/26/2019) |
| 02/26/2019 | 105 | PAPERLESS ORDER granting in part and denying in part 90 Non-party Harry Sargeant IV's Motion for Protective Order, and denying 90 Motion to Quash for the reasons stated on the record during the oral argument. Signed by Magistrate Judge Bruce E. Reinhart on 2/26/2019. (hk02) (Entered: 02/26/2019) |
| 02/26/2019 | 106 | PAPERLESS ORDER granting in part and denying in part 93 Non-Party Deborah Sargeant's Motion for a Protective Order and denying her Motion to Quash the Deposition Subpoena for the reasons stated on the record during the oral argument. Signed by Magistrate Judge Bruce E. Reinhart on 2/26/2019. (hk02) (Entered: 02/26/2019) |
| 02/26/2019 | 107 | PAPERLESS ORDER granting in part and denying in part 94 Defendant Harry Sargeant III's Motion for a protective order and denying his Motion to Quash the deposition subpoena served on his wife Deborah Sargeant for the reasons stated on the record during the oral argument. Signed by Magistrate Judge Bruce E. Reinhart on 2/26/2019. (hk02) (Entered: 02/26/2019) |
| 02/26/2019 | 108 | |

| | | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Bruce E. Reinhart: Discovery Hearing [DE 89, 90, 93, 94, 100] and Oral Argument on Plaintiff's Motion to Dismiss Counterclaims [DE 72] held on 2/26/2019. The discovery disputes were resolved pursuant to the Court's rulings on the record. The Motion to Dismiss is taken under advisement and the Court will issue a written decision. The Court will conduct another Status Conference Re: Discovery Matters on 3/6/2019 at 1:30 PM in West Palm Beach Division before Magistrate Judge Bruce E. Reinhart. The Court has set aside one hour for this conference. Counsel may appear by telephone using the following conference call instructions: Dial 1-888-557-8511; Enter access code 4098267#; and Enter security code 1234#. Total time in court: 4 hours : 11 minutes. Court Reporter: Diane Miller, 561-514-3728 / Diane_Miller@flsd.uscourts.gov. (Digital 10:59:18) (hk02) (Entered: 02/26/2019) |
|---|---|---|
| 02/27/2019 | 109 | Joint MOTION for Protective Order *in Connection with Discovery and Pretrial Activities* by Harry Sargeant III. (Attachments: # 1 Text of Proposed Order)(Hawkes, Joshua) (Entered: 02/27/2019) |
| 02/27/2019 | 110 | PAPERLESS ORDER granting 109 the parties' Joint Motion for Protective Order. The Court hereby approves the proposed confidentiality stipulation. Written order to follow. Signed by Magistrate Judge Bruce E. Reinhart on 2/27/2019. (hk02) (Entered: 02/27/2019) |
| 02/27/2019 | 111 | STIPULATION AND CONFIDENTIALITY ORDER Signed by Magistrate Judge Bruce E. Reinhart on 2/27/2019. *See attached document for full details.* (vmz) (Entered: 02/27/2019) |
| 02/27/2019 | 112 | MOTION to Quash *or for a Protective Order and Objections to Subpoenas Duces Tecum and Incorporated Memorandum of Law* by Daniel Sargeant, Asphalt Services, LLC, Sargeant Bulk Ashphalt, Inc., Sargeant Bulktainers, Inc., Sargeant Marine, Inc., Sargeant Trading, Ltd. Co., Trigeant, LLC, Trigeant, Ltd., Trigeant Holdings, Ltd.. Attorney Jeffrey Scott Wertman added to party Daniel Sargeant(pty:mov), Attorney Jeffrey Scott Wertman added to party Asphalt Services, LLC(pty:mov), Attorney Jeffrey Scott Wertman added to party Sargeant Bulk Ashphalt, Inc.(pty:mov), Attorney Jeffrey Scott Wertman added to party Sargeant Bulktainers, Inc.(pty:mov), Attorney Jeffrey Scott Wertman added to party Sargeant Marine, Inc.(pty:mov), Attorney Jeffrey Scott Wertman added to party Sargeant Trading, Ltd. Co.(pty:mov), Attorney Jeffrey Scott Wertman added to party Trigeant, LLC (pty:mov), Attorney Jeffrey Scott Wertman added to party Trigeant, Ltd.(pty:mov), Attorney Jeffrey Scott Wertman added to party Trigeant Holdings, Ltd.(pty:mov). (Attachments: # 1 Exhibit A - Order)(Wertman, Jeffrey) (Entered: 02/27/2019) |
| 02/27/2019 | 113 | NOTICE by Berger Singerman LLP re 112 MOTION to Quash *or for a Protective Order and Objections to Subpoenas Duces Tecum and Incorporated Memorandum of Law of Joinder*. Attorney Jeffrey Scott Wertman added to party Berger Singerman LLP(pty:ip). (Wertman, Jeffrey) (Entered: 02/27/2019) |
| 02/27/2019 | 114 | PAPERLESS ORDER taking under advisement 112 Non-party's Motion to Quash and setting a Discovery Hearing for 3/6/2019 at 12:30 PM in West Palm Beach Division before Magistrate Judge Bruce E. Reinhart. Plaintiff's counsel shall notify the attorneys for the non-party of the hearing. Counsel may appear by phone using the following |

| | | conference call instructions: Dial 1-888-557-8511; and Enter access code 4098267#; and Enter security code 1234#. Signed by Magistrate Judge Bruce E. Reinhart on 2/27/2019. (hk02) (Entered: 02/27/2019) |
|---|---|---|
| 03/01/2019 | 115 | TRANSCRIPT of Motions Hearing held on 2/26/2019 before Magistrate Judge Bruce E. Reinhart, 1-216 pages, Court Reporter: Diane Miller, 561-514-3728 / Diane_Miller@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/22/2019. Redacted Transcript Deadline set for 4/1/2019. Release of Transcript Restriction set for 5/30/2019. (dmr) (Entered: 03/01/2019) |
| 03/04/2019 | 116 | MOTION for Issuance of Letters Rogatory by Harry Sargeant III. (Attachments: # 1 Exhibit Exhibit A)(Williams, Kathryn) (Entered: 03/04/2019) |
| 03/04/2019 | 117 | MEMORANDUM in Support *Joint Discovery Memorandum for March 6, 2019 Discovery Hearing* by Harry Sargeant III. (Williams, Kathryn) (Entered: 03/04/2019) |
| 03/05/2019 | 118 | PAPERLESS ORDER taking under advisement 116 Motion for Issuance of Letters Rogatory. The Court will hear argument on this Motion at the discovery status conference on March 6, 2019. The parties should be prepared to address (1) whether Plaintiffs have standing to object to the Motion, (2) whether Mr. Preston must be afforded an opportunity to object prior to any Letter Request being issued, (3) whether a ruling granting the Motion to Dismiss Defendant's Counterclaims would affect the issuance and/or scope of the Letter Request, and (4) whether Plaintiffs object to the form of the proposed Letter Request as being non-compliant with either Rule 28 or the Hague Convention. The Court may permit supplemental briefing after the March 6 hearing. Signed by Magistrate Judge Bruce E. Reinhart on 3/5/2019. (BER) (Entered: 03/05/2019) |
| 03/05/2019 | 119 | MOTION for Protective Order by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall. (Attachments: # 1 Appendix A, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Cordoves, Armando) (Entered: 03/05/2019) |
| 03/05/2019 | 120 | RESPONSE in Opposition re 112 MOTION to Quash *or for a Protective Order and Objections to Subpoenas Duces Tecum and Incorporated Memorandum of Law* filed by Harry Sargeant III. Replies due by 3/12/2019. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Williams, Kathryn) (Entered: 03/05/2019) |
| 03/06/2019 | 121 | RESPONSE to Motion re 116 MOTION for Issuance of Letters Rogatory filed by Andrew Preston. Attorney Jonathan Lentine Williams added to party Andrew Preston(pty:mov). Replies due by 3/13/2019. (Williams, Jonathan) (Entered: 03/06/2019) |
| 03/06/2019 | 122 | PAPERLESS ORDER granting with prejudice 72 Plaintiff's Motion to Dismiss Defendant's Counterclaims for Failure to State a Claim. Written order to follow. Signed by Magistrate Judge Bruce E. Reinhart on 3/6/2019. (hk02) (Entered: 03/06/2019) |

| | | |
|---|---|---|
| 03/06/2019 | 123 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Bruce E. Reinhart: Discovery Hearing held on 3/6/2019 regarding the issues raised in DE 117. Non-party Andrew Preston's Response to Defendant's Motion for Expedited Letters Rogatory (DE 116) and Defendant's response to Plaintiff's Motion for a Protective Order (DE 119) are due by 5:00 p.m. on 3/8/2019. Total time in court: 2 hours : 13 minutes. (Digital 12:27:50) (hk02) (Entered: 03/06/2019) |
| 03/06/2019 | 124 | PAPERLESS ORDER granting in part and denying in part 112 Non-Party's Motion to Quash/for a Protective Order for the reasons stated on the record. Signed by Magistrate Judge Bruce E. Reinhart on 3/6/2019. (hk02) (Entered: 03/06/2019) |
| 03/08/2019 | 125 | Joint MOTION for Extension of Time of Discovery Cutoff Deadline , Joint MOTION for Extension of Time for Revised Expert and Discovery Deadlines re 32 Scheduling Order,,,, Order Referring Case to Mediation,,,, Order Referring Case to Magistrate Judge,,, ( Responses due by 3/22/2019) by Harry Sargeant III. (Williams, Kathryn) (Entered: 03/08/2019) |
| 03/08/2019 | 126 | PAPERLESS ORDER granting 125 the parties' Joint Motion for Extension of Time of the Discovery Deadline until 4/26/2019. The Court also grants the extensions for expert discovery as proposed in the motion. Signed by Magistrate Judge Bruce E. Reinhart on 3/8/2019. (hk02) (Entered: 03/08/2019) |
| 03/08/2019 | 127 | PAPERLESS ORDER taking under advisement 116 Defendant's Motion for Issuance of Expedited Letters Rogatory and setting a Discovery Hearing for 3/13/2019 at 3:00 PM in West Palm Beach Division before Magistrate Judge Bruce E. Reinhart. Counsel may appear by telephone using the conference call instructions previously provided. Any responses/replies to Mr. Preston's filing are due by noon on 3/12/2019. Signed by Magistrate Judge Bruce E. Reinhart on 3/8/2019. (hk02) (Entered: 03/08/2019) |
| 03/08/2019 | 128 | RESPONSE in Opposition re 116 MOTION for Issuance of Letters Rogatory filed by Andrew Preston. Replies due by 3/15/2019. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Williams, Jonathan) (Entered: 03/08/2019) |
| 03/08/2019 | 129 | PAPERLESS ORDER inviting the parties to provide additional briefing. At the last hearing, defense counsel argued that forensic examination of the computers was necessary because the manner in which Daniel Sargeant acquired the HS3 Material is relevant to Plaintiff's malicious prosecution claim, independent of Count One. Counsel are invited to brief the issue of whether under Fed. R. Civ. P. 26, the method of obtaining the material is relevant to the probable cause analysis, or whether the only pertinent issue is what Defendant knew at the time he filed the Second Amended Complaint in the related action. Any briefing on this issue shall be filed by 3/12/19 at noon. Counsel should be prepared to address the issue at the hearing scheduled on 3/13/2019. Signed by Magistrate Judge Bruce E. Reinhart on 3/8/2019. (hk02) (Entered: 03/08/2019) |
| 03/08/2019 | | Set/Reset Hearings - Depositions set for 3/14/2019 at 1:30 PM in West Palm Beach Division before Magistrate Judge Bruce E. Reinhart. (hk02) (Entered: 03/08/2019) |

| 03/11/2019 | 130 | PAPERLESS ORDER Setting Telephonic Status Conference for 3/11/2019 at 1:30 PM in West Palm Beach Division before Magistrate Judge Bruce E. Reinhart. Counsel shall use the following conference call instructions: Dial 1-888-557-8511; Enter access code 4098267#; and Enter security code 1234#. Signed by Magistrate Judge Bruce E. Reinhart on 3/11/2019. (hk02) (Entered: 03/11/2019) |
|---|---|---|
| 03/11/2019 | 131 | ORDER PERMITTING STENOGRAPHER TO BRING ELECTRONIC EQUIPMENT INTO THE FEDERAL COURTHOUSE Signed by Magistrate Judge Bruce E. Reinhart on 03/11/2019. *See attached document for full details.* (jao) (Entered: 03/11/2019) |
| 03/11/2019 | 132 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Bruce E. Reinhart: Telephone Conference re: discovery dispute held on 3/11/2019. Court will conduct in camera review of documents withheld by Plaintiff. Total time in court: 17 minutes. (Digital 13:52:10) (hk02) (Entered: 03/11/2019) |
| 03/11/2019 | 133 | PAPERLESS ORDER. The Court has conducted an in camera review of 13 pages submitted by Plaintiff to the Court. The Court finds that only the confidentiality provision found at Paragraph 6.1 is discoverable. Plaintiff shall disclose that paragraph to Defendant forthwith. Signed by Magistrate Judge Bruce E. Reinhart on 3/11/2019. (hk02) (Entered: 03/11/2019) |
| 03/11/2019 | 134 | MEMORANDUM in Support *(Joint Discovery Memorandum for Hearing on March 13, 2019)* by Harry Sargeant III. (Coffey, Melissa) (Entered: 03/11/2019) |
| 03/12/2019 | 135 | Unopposed MOTION to Seal *Exhibits to Harry Sargeant III's Motion to Compel Discovery and Forensic Examination of Electronic Devices* per Local Rule 5.4 by Harry Sargeant III. (Attachments: # 1 Text of Proposed Order Proposed Order) (Coffey, Melissa) (Entered: 03/12/2019) |
| 03/12/2019 | 136 | Third Party MOTION for Protective Order *and Memorandum on Forensic Imaging* by Asphalt Services, LLC, Daniel Sargeant, Sargeant Bulk Ashphalt, Inc., Sargeant Bulktainers, Inc., Sargeant Marine, Inc., Sargeant Trading, Ltd. Co., Trigeant Holdings, Ltd., Trigeant, LLC, Trigeant, Ltd.. (Wertman, Jeffrey) (Entered: 03/12/2019) |
| 03/12/2019 | 137 | Plaintiff's RESPONSE *Plaintiffs Response In Opposition to Defendants Application For Expedited Issuance of A Letter Request For International Judicial Assistance & Incorporated Memorandum of Law* by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall. (Attachments: # 1 Exhibit Declaration of Andrew Preston, # 2 Exhibit Deposition of Patrick Mooney)(Cordoves, Armando) (Entered: 03/12/2019) |
| 03/12/2019 | 138 | PAPERLESS ORDER granting 135 Motion to Seal Exhibits to Harry Sargeant III's Motion to Compel Discovery and Forensic Examination of Electronic Devices. Signed by Judge Beth Bloom (BB) (Entered: 03/12/2019) |
| 03/12/2019 | 139 | RESPONSE in Support re 116 MOTION for Issuance of Letters Rogatory filed by Harry Sargeant III. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Williams, Kathryn) (Entered: 03/12/2019) |

| 03/12/2019 | [140] | NOTICE of Compliance *Plaintiffs Additional Briefing Regarding Defendant's Request for Inspection of Computer Devices* by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall re 129 Order,,,, Set/Reset Deadlines/Hearings,,, (Cordoves, Armando) (Entered: 03/12/2019) |
|---|---|---|
| 03/12/2019 | [141] | MOTION to Compel *Discovery and Forensic Examination of Electronic Devices* by Harry Sargeant III. Responses due by 3/26/2019 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Coffey, Melissa) (Entered: 03/12/2019) |
| 03/12/2019 | | SYSTEM ENTRY - Docket Entry 142 [misc] restricted/sealed until further notice. (1167500) (Entered: 03/12/2019) |
| 03/12/2019 | | SYSTEM ENTRY - Docket Entry 143 [misc] restricted/sealed until further notice. (dj) (Entered: 03/12/2019) |
| 03/13/2019 | 144 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Bruce E. Reinhart: Discovery Hearing on DE 116, 119, 134, 136, 141 held on 3/13/2019. Total time in court: 2 hours : 10 minutes. (Digital 15:05:52) (hk02) (Entered: 03/13/2019) |
| 03/14/2019 | [145] | ORDER MEMORIALIZING DISCOVERY RULINGS;denying 116 Motion for Issuance of Letters Rogatory; granting 136 Motion for Protective Order; denying 141 Motion to Compel. Signed by Magistrate Judge Bruce E. Reinhart on 3/14/2019. *See attached document for full details.* (vmz) (Entered: 03/14/2019) |
| 03/15/2019 | | Attorney Gregory William Coleman representing Sargeant III, Harry (Defendant) Activated. (Coleman, Gregory) (Entered: 03/15/2019) |
| 03/15/2019 | | Attorney Santo DiGangi representing Sargeant III, Harry (Defendant) Activated. (DiGangi, Santo) (Entered: 03/15/2019) |
| 03/15/2019 | [146] | NOTICE of Attorney Appearance by Santo DiGangi on behalf of Harry Sargeant III (DiGangi, Santo) (Entered: 03/15/2019) |
| 03/15/2019 | [147] | NOTICE of Attorney Appearance by Gregory William Coleman on behalf of Harry Sargeant III (Coleman, Gregory) (Entered: 03/15/2019) |
| 03/18/2019 | [148] | TRANSCRIPT of Hearing held on 3/6/19 before Magistrate Judge Bruce E. Reinhart, 1-108 pages, Court Reporter: Joanne Mancari, 305-523-5635. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/8/2019. Redacted Transcript Deadline set for 4/18/2019. Release of Transcript Restriction set for 6/17/2019. (hh) (Entered: 03/19/2019) |
| 03/20/2019 | [149] | NOTICE by Harry Sargeant III *of Objections to March 6, 2019 Discovery Rulings* (Williams, Kathryn) (Entered: 03/20/2019) |

| | | |
|---|---|---|
| 03/21/2019 | 150 | TRANSCRIPT of Discovery Hearing (Transcribed from the Digital Audio Recording) held on March 13, 2019, before Magistrate Judge Bruce E. Reinhart, 1-121 pages, Court Reporter: Lisa Edwards, 305-439-7168 / reporterlisaedwards@gmail.com. (Digital 15:05:52.) Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/11/2019. Redacted Transcript Deadline set for 4/22/2019. Release of Transcript Restriction set for 6/19/2019. (le) (Entered: 03/21/2019) |
| 03/22/2019 | 151 | ORDER OVERRULING OBJECTIONS TO MARCH 6, 2019 DISCOVERY RULINGS re 149 Notice (Other) filed by Harry Sargeant III Signed by Judge Beth Bloom on 3/21/2019. *See attached document for full details.* (pcs) (Entered: 03/22/2019) |
| 03/22/2019 | 152 | MOTION for Extension of Time of Trial and Pre-Trial Deadlines re 32 Scheduling Order,,,, Order Referring Case to Mediation,,,, Order Referring Case to Magistrate Judge,,, by Harry Sargeant III. Responses due by 4/5/2019 (Attachments: # 1 Text of Proposed Order)(Hawkes, Joshua) (Entered: 03/22/2019) |
| 03/22/2019 | 153 | ORDER AMENDING SCHEDULING ORDER, ECF NO. 32 , AND CERTAIN PRETRIAL DEADLINES; granting in part 152 Motion for Extension of Time. Discovery due by 5/27/2019. Expert Discovery due by 5/27/2019. Mediation Deadline 4/24/2019. Dispositive Motions due by 6/12/2019. In Limine Motions due by 6/12/2019. Motions due by 6/12/2019. Pretrial Stipulation due by 8/19/2019. Calendar Call set for 8/27/2019 01:45 PM in Miami Division before Judge Beth Bloom. Jury Trial set for 9/3/2019 09:00 AM in Miami Division before Judge Beth Bloom. Signed by Judge Beth Bloom on 3/22/2019. *See attached document for full details.* (vmz) (Entered: 03/25/2019) |
| 03/25/2019 | 154 | PAPERLESS ORDER granting in part and deferring in part 119 Plaintiffs' Motion for Protective Order. Pursuant to the rulings rendered during the March 6, 2019 hearing (Transcript at DE 148) the Court will wait to see what is revealed during the depositions of Daniel Sargeant and Daniel Hall, as well as Plaintiffs' decision regarding withdrawing Count One before making a final ruling on the scope of discovery. Signed by Magistrate Judge Bruce E. Reinhart on 3/25/2019. (hk02) (Entered: 03/25/2019) |
| 03/26/2019 | 155 | ORDER Granting with Prejudice 72 MOTION TO DISMISS 68 Counterclaim FOR FAILURE TO STATE A CLAIM filed by Daniel Hall. Signed by Magistrate Judge Bruce E. Reinhart on 3/26/2019. *See attached document for full details.* (hk02) (Entered: 03/26/2019) |
| 03/27/2019 | 156 | NOTICE by Harry Sargeant III *of Objections to March 13, 2019 Discovery Rulings* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Williams, Kathryn) (Entered: 03/27/2019) |
| 04/01/2019 | 157 | Unopposed MOTION to Seal *Exhibit to Harry Sargeant III's Objections to March 13, 2019 Discovery Rulings* per Local Rule 5.4 by Harry Sargeant III. (Williams, Kathryn) (Entered: 04/01/2019) |
| | | |

| 04/02/2019 | 158 | PAPERLESS ORDER granting 157 Motion to Seal Exhibit 2 to HS3's Objections to March 13, 2019 Discovery Rulings, [ECF No. 156]. Signed by Judge Beth Bloom (BB) (Entered: 04/02/2019) |
|---|---|---|
| 04/02/2019 | | SYSTEM ENTRY - Docket Entry 159 [misc] restricted/sealed until further notice. (1783530) (Entered: 04/02/2019) |
| 04/02/2019 | 160 | NOTICE by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall re 1 Complaint, *Suggestion of Mootness* (Attachments: # 1 Exhibit A) (Cordoves, Armando) (Entered: 04/02/2019) |
| 04/04/2019 | 161 | Defendant's MOTION for Extension of Time to Revise Amended Trial Schedule and Complete Mediation re 153 Order on Motion for Extension of Time,, by Harry Sargeant III. Responses due by 4/18/2019 (Attachments: # 1 Exhibit to be filed under seal, # 2 Text of Proposed Order)(Hawkes, Joshua) (Entered: 04/04/2019) |
| 04/04/2019 | 162 | Defendant's MOTION to Seal *Exhibit to ECF No. 161* per Local Rule 5.4 by Harry Sargeant III. (Attachments: # 1 Text of Proposed Order) (Hawkes, Joshua) (Entered: 04/04/2019) |
| 04/04/2019 | 163 | PAPERLESS ORDER granting 162 Motion to Seal Permanently Exhibit to ECF No. 161 per Local Rule 5.4. Signed by Judge Beth Bloom (BB) (Entered: 04/04/2019) |
| 04/04/2019 | | SYSTEM ENTRY - Docket Entry 164 [misc] restricted/sealed until further notice. (1698062) (Entered: 04/04/2019) |
| 04/04/2019 | 165 | RESPONSE to Motion re 161 Defendant's MOTION for Extension of Time to Revise Amended Trial Schedule and Complete Mediation re 153 Order on Motion for Extension of Time,, filed by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall. Replies due by 4/11/2019. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Danon, Samuel) (Entered: 04/04/2019) |
| 04/05/2019 | 166 | REPLY to Response to Motion re 161 Defendant's MOTION for Extension of Time to Revise Amended Trial Schedule and Complete Mediation re 153 Order on Motion for Extension of Time,, filed by Harry Sargeant III. (Hawkes, Joshua) (Entered: 04/05/2019) |
| 04/05/2019 | 167 | SECOND AMENDED SCHEDULING ORDER: ( Discovery due by 6/26/2019., Expert Discovery due by 6/26/2019., Mediation Deadline 5/24/2019., In Limine Motions due by 7/12/2019., Dispositive Motions due by 7/12/2019., Motions due by 7/12/2019., Pretrial Stipulation due by 9/18/2019., Jury Trial set for 9/30/2019 09:00 AM before Judge Beth Bloom., Calendar Call set for 9/24/2019 01:45 PM before Judge Beth Bloom.) Motions terminated: 161 Defendant's MOTION for Extension of Time to Revise Amended Trial Schedule and Complete Mediation re 153 Order on Motion for Extension of Time,, filed by Harry Sargeant III. Signed by Judge Beth Bloom on 4/4/2019. *See attached document for full details.* (vmz)<br><br>**Pattern Jury Instruction Builder -** To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 04/05/2019) |
|  |  |  |

| 04/10/2019 | 168 | RESPONSE to 156 Notice (Other) by Andrew Preston. (Williams, Jonathan) (Entered: 04/10/2019) |
|---|---|---|
| 04/10/2019 | 169 | Response to Objections to Magistrate Judge's Discovery Rulings to 156 Notice (Other) by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall. (Cordoves, Armando) (Entered: 04/10/2019) |
| 04/11/2019 | 170 | Plaintiff's MOTION to Withdraw as Attorney by David K. Suska for / by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall. Responses due by 4/25/2019 (Danon, Samuel) (Entered: 04/11/2019) |
| 04/11/2019 | 171 | ORDER REASSIGNING CASE to Judge Roy Altman for all further proceedings, Judge Beth Bloom no longer assigned to case. Signed by Judge Beth Bloom on 4/11/2019. *See attached document for full details.* (bms) (Entered: 04/11/2019) |
| 04/12/2019 | 172 | PAPERLESS ORDER Setting a Discovery Hearing for 4/19/2019 at 2:30 PM in West Palm Beach Division before Magistrate Judge Bruce E. Reinhart. Counsel may appear by telephone using the following conference call instructions: Dial 1-888-557-8511; Enter access code 4098267#; and Enter security code 1234#. Signed by Magistrate Judge Bruce E. Reinhart on 4/12/2019. (hk02) (Entered: 04/12/2019) |
| 04/15/2019 | 173 | NOTICE of Attorney Appearance by Michael James Pike on behalf of Andrew Reisman. Attorney Michael James Pike added to party Andrew Reisman(pty:obj). (Pike, Michael) (Entered: 04/15/2019) |
| 04/15/2019 | 174 | MOTION to Quash *Subpoena or, in the Alternative, Motion for Protective Order* by Andrew Reisman. (Attachments: # 1 Exhibit A - Subpoena to Testify at Deposition)(Pike, Michael) (Entered: 04/15/2019) |
| 04/15/2019 | 175 | NOTICE of Attorney Appearance by Michael James Pike on behalf of Elijah Ltd. Corp.. Attorney Michael James Pike added to party Elijah Ltd. Corp.(pty:obj). (Pike, Michael) (Entered: 04/15/2019) |
| 04/15/2019 | 176 | MOTION to Quash *Subpoena or, in the alternative*, MOTION for Protective Order by Elijah Ltd. Corp.. (Attachments: # 1 Exhibit A - Subpoena to Produce Documents)(Pike, Michael) (Entered: 04/15/2019) |
| 04/16/2019 | 177 | Corrected Transcript and Notice of Correction of Motion Hearing held on 02/26/2019 before Magistrate Judge Bruce E. Reinhart, 1-216 pages, re: 115 Transcript,, Court Reporter: Diane Miller, 561-514-3728 / Diane_Miller@flsd.uscourts.gov. (dmr) (Entered: 04/16/2019) |
| 04/16/2019 | 178 | PAPERLESS ORDER for Plaintiff to respond to the Non-parties' Motions to Quash (DE 174, 176) by 4/25/2019. Any replies are due by 5/2/2019. Signed by Magistrate Judge Bruce E. Reinhart on 4/16/2019. (hk02) (Entered: 04/16/2019) |
| 04/16/2019 | 179 | NOTICE by Harry Sargeant III re 160 Notice (Other) *Response to Suggestion of Mootness* (Hawkes, Joshua) (Entered: 04/16/2019) |
| 04/17/2019 | 180 | |

| | | |
|---|---|---|
| | | Joint MOTION for Extension of Time to Extend Mediation Deadlines re 167 Scheduling Order,,, by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall. Responses due by 5/1/2019 (Cordoves, Armando) (Entered: 04/17/2019) |
| 04/17/2019 | 181 | STATUS REPORT *Joint Discovery* by Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Cordoves, Armando) (Entered: 04/17/2019) |
| 04/17/2019 | 182 | Unopposed MOTION to Seal *Exhibits to Joint Discovery Report* per Local Rule 5.4 by Harry Sargeant III. (Hawkes, Joshua) (Entered: 04/17/2019) |
| 04/17/2019 | 183 | REPLY to 156 Notice (Other) *in support of Objections to March 13, 2019 Discovery Rulings* by Harry Sargeant III. (Williams, Kathryn) (Entered: 04/17/2019) |
| 04/18/2019 | 184 | PAPERLESS ORDER granting 170 Motion to Withdraw as Attorney. David K. Suska is hereby withdrawn from the case. A Notice of Termination will be delivered by US Mail to David Suska. Signed by Magistrate Judge Bruce E. Reinhart on 4/18/2019. (hk02) (Entered: 04/18/2019) |
| 04/18/2019 | 185 | PAPERLESS ORDER granting 180 the Parties' Joint Motion to Extend Mediation Deadlines re: 167 Second Amended Scheduling Order. The parties are instructed to file a notice and proposed order scheduling mediation by April 26, 2019. The parties shall complete mediation by June 26, 2019. Signed by Judge Roy K. Altman on 4/18/19. (tas) (Entered: 04/18/2019) |
| 04/18/2019 | 186 | PAPERLESS ORDER dismissing Count I of Plaintiff's Complaint 1 . The Parties have represented to the Court in ECF Nos. 160 and 179 that Count I is moot. Signed by Judge Roy K. Altman on 4/18/19. (tas) (Entered: 04/18/2019) |
| 04/18/2019 | 187 | PAPERLESS ORDER dismissing Count I of Plaintiff's Complaint 1 . The Parties have represented to the Court [160, 179] that Count I is moot. Signed by Judge Roy K. Altman on 4/18/2019. (jz00) (Entered: 04/18/2019) |
| 04/19/2019 | 188 | NOTICE OF FILING POWERPOINT PRESENTATIONby Burford Capital LLC, Dundrod Investments Ltd., Daniel Hall re 172 (Attachments: # 1 Exhibit 1) (Cordoves, Armando) Modified text on 4/22/2019 (vmz). (Entered: 04/19/2019) |
| 04/19/2019 | 190 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Bruce E. Reinhart: Discovery Hearing held on 4/22/2019. The Court reserved ruling on the four discovery issues raised in DE 181 as well as the Motion to Seal (DE 182). Counsel will submit documents for in camera review and file supplemental briefing by 4/26/19. Total time in court: 1 hour(s) : 58 minutes. (Digital 14:31:06) (hk02) . (Entered: 04/22/2019) |
| 04/21/2019 | 189 | |

| | | MOTION to Quash *Motion for Protective Order Related to Subpoenas for Deposition and Documents Served On Elijah Ltd. and Andrew Reisman* by Harry Sargeant III. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5)(Williams, Kathryn) (Entered: 04/21/2019) |
|---|---|---|
| 04/22/2019 | <u>191</u> | NOTICE by Harry Sargeant III *of Authority Cited During April 19, 2019 Hearing* (Williams, Kathryn) (Entered: 04/22/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/25/2019 12:12:41 | | | |
| **PACER Login:** | jmhawkes:4617034:3931946 | **Client Code:** | 115158-0102 |
| **Description:** | Docket Report | **Search Criteria:** | 9:18-cv-80748-RKA |
| **Billable Pages:** | 23 | **Cost:** | 2.30 |