# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

Case No. 4:19mc04-MW/CAS

DANIEL HALL,
BURFORD CAPITAL LLC, and
DUNDROD INVESTMENTS LTD.,

    Plaintiffs,

v.

HARRY SARGEANT, III,

    Defendant.

_____/

## DUNDROD INVESTMENTS LTD. RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Dundrod Investments Ltd. makes the following disclosure: Dundrod Investments Ltd. is a Guernsey registered company, and is wholly owned by BC Holdings Limited, also a Guernsey registered company. BC Holdings Limited, in turn, is 100% owned by Burford Capital Limited, which is a publicly held corporation registered in Guernsey.

Dated: May 20, 2019                                 Respectfully submitted,


  /s/ Samuel A. Danon
Samuel A. Danon (FBN 892671)
HUNTON ANDREWS KURTH LLP
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Tel: (305) 810-2500
Fax: (305) 810-2460
Email:      sdanon@HuntonAK.com

*Counsel for Plaintiffs Daniel Hall, Burford Capital LLC, and Dundrod Investments Ltd.*